

| | | | |
|---|---|---|---|
| Moran Industries, Inc. v. Erie Ins. Exchange [43] | 12/29/2015 | 807 MAL (2015) | Denied |
| Norm's Ltd. v. Atlas Noble, LLC [44] | 12/29/2015 | 317 WAL (2015) | Denied | Pa.Super., 122 A.3d 444 |
| Oehrle v. Goldsmith [45] | 12/29/2015 | 574 MAL (2015) | Denied | Pa.Super., 122 A.3d 1146 |
| S & R Coal Co. v. Rausch Creek Land, L.P. [46] | 12/29/2015 | 636 MAL (2015) | Denied | Pa.Super., 122 A.3d 451 |
| Truax v. Roulhac; Vitiello, In re [47] | 12/29/2015 | 816 MAL (2015) | Denied | Pa.Super., 126 A.3d 991 |

| | | | |
|---|---|---|---|
| Armstead v. Zoning Bd. of Adjustment of City of Philadelphia | 12/08/2015 | 261 EAL (2015) | Denied | Pa.Cmwlth., 115 A.3d 390 |
| Callowhill Neighborhood Ass'n v. City of Philadelphia Zoning Bd. of Adjustment [48] | 12/29/2015 | 440 EAL (2015) | Denied | Pa.Cmwlth., 118 A.3d 1214 |

**43.** Justice EAKIN did not participate in the decision of this matter.

**44.** Reconsideration Denied February 5, 2016; Justice EAKIN did not participate in the decision of this matter.

**45.** Justice EAKIN did not participate in the decision of this matter.

**46.** Justice EAKIN did not participate in the decision of this matter.

**47.** Justice EAKIN did not participate in the decision of this matter.

**48.** Justice EAKIN did not participate in the decision of this matter.